4

FEAR WADDELL, P.C.
Peter L. Fear, No. 207238
pfear@fearlaw.com
Gabriel J. Waddell, No. 256289
gwaddell@fearlaw.com
Peter A. Sauer, No. 255957
psauer@fearlaw.com
7650 North Palm Avenue, Suite 101
Fresno, California 93711
(559) 436-6575
(559) 436-6580 (fax)

Attorney for PETER FEAR,
  Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>ROLANDO OZUNA AND,<br>CYNTHIA ANNE OZUNA<br><br>Debtor. | Case No. 24-10957-A-7<br><br>Chapter 7<br><br>D.C. No. FW-3<br><br>Date:  January 28, 2026<br>Time:  1:30 p.m.<br>Place: Dept. A, Courtroom 11, 5th Floor<br>       United States Courthouse<br>       2500 Tulare St., Fresno, California<br>Judge: Hon. Jennifer E. Niemann |

**MOTION TO APPROVE SALE OF REAL PROPERTY PER 11 U.S.C. § 363(b) and TO PAY BROKER COMMISSION**

PETER L. FEAR, Chapter 7 Trustee of the above-referenced bankruptcy estate, moves for authority (i) to sell, pursuant to 11 U.S.C. § 363, 605 N. F Street; Tulare, CA 93274 to Silviano Gatica or his assignee SG Elite Builders LLC, in the amount of $179,000.00; and (ii) to pay a broker commission of six percent (6%), pursuant to §328, to be split equally between seller's broker and buyer's broker. This motion is based on the Declarations of Peter L. Fear and Robert Casey, the exhibits filed in support, and the following points and authorities:

1.      On April 15, 2024, the Debtors initiated bankruptcy matter by filing a voluntary petition under Chapter 13 of Title 11, United States Code. The case was converted to a case under Chapter 7 on September 18, 2025, and Peter L. Fear was thereafter appointed Chapter 7 Trustee of the bankruptcy estate.

2.      This Court has jurisdiction over this proceeding under 28 U.S.C. § 1334(a). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (N). This motion is brought pursuant to 11 U.S.C. §363(b).

3.      Among the assets of this bankruptcy estate is real property commonly known as 605 N. F. Street located in Tulare, California, 93274 (the "Property"). The Property is legally described as follows:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF TULARE, COUNTY OF TULARE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:
>
> LOT 1 OF BLOCK E OF SUBDIVISION NO. 1 OF CAMRON ADDITION IN THE CITY OF TULARE, COUNTY OF TULARE, STATE OF CALIFIRONIA AS PER MAP RECORDED IN BOOK 5, PAGE 24, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> APN: 169-193-008-000

4.      On November 12, 2025, the Court granted Trustee's Application to Employ Berkshire Hathaway HomeServices California Realty (the "Broker") as real estate broker to market and sell the Property.

5.      Subject to Bankruptcy Court approval, Trustee has entered into a contract to sell the Property to Silviano Gatica or his assignee, SG Elite Builders, LLC for the amount of $179,000.00 (*see* Contract, with relevant addenda, at Exhibit A).

6.      The sale of the Property is in "As-Is Where-Is" condition, with limited disclosures. The Property is occupied by a tenant, who is to remain in possession, but should the

1    tenant vacate before the close of escrow the Trustee will not remove any debris or activate

2    utilities, nor will Trustee do any repairs.

3         7.    The Preliminary Title Report on the Property from Fidelity National Title

4    Company lists taxes currently owed or in default (*see* Preliminary Title Report at Exhibit B).

5    These taxes will be paid through escrow.

6         8.    Additionally, the Property is subject to a deed of trust recorded on June 18, 2010,

7    as recording no. 2010-0037367 of Official Records of Tulare County securing an original

8    indebtedness of $94,724.00. Proof of claim no. 12 filed by Lakeview Loan Servicing, LLC, on

9    behalf of Flagstar Bank, NA reflects a balance due and owing as of the petition date to be

10   $67,162.47, with monthly payments of $762.82. This proof of claim was filed on or about June

11   18, 2024.

12        9.    The Trustee has evidence that, as of October 16, 2025, the balance due to release

13   the deed of trust was $65,246.15. Adding four (4) monthly payments due for November and

14   December 2025, and January and February 2026 of $762.82 apiece totals $3,051.28, so it is

15   estimated that the amount due will be approximately $68,297.43. This lien, along with

16   approximately $1,300 in real property taxes due and owing, will be paid in full through escrow.

17        10.   As reflected on the table below, Trustee anticipates that after payment of broker

18   and other closing costs and the deed of trust and the debtor's exemption, the net proceeds to the

19   bankruptcy estate will be available to pay general unsecured claims filed in the bankruptcy case.

| Item | Amount | Balance |
|---|---|---|
| Purchase Price | $179,000.00 | $179,000 |
| Flagstar Bank, first position DoT as of filing date (approximate) | ($68,297.43) | $111,837.53 |
| Broker Commission at 6% | ($10,740.00) | $101,097.53 |
| Estimated Costs of Sale at 2% | ($3,580.00) | $97,517.53 |
| Est. Past Due Real Estate Taxes | ($1,300.00) | $96,217.53 |
| Debtor's Exemption | ($25,798.41) | $70,419.12 |
| **Approximate Amount Available to Ch. 7 Estate** | | **$69,284.16** |

11.     Trustee also seeks authority to pay Berkshire Hathaway HomeServices California Realty through Robert Casey ("Broker") a real estate commission under §328. Broker was employed as broker for the estate. The listing agreement provides for a commission of 6% for Broker, split 50/50 between seller's Broker and buyer's broker. Trustee believes this is a reasonable compensation for the services performed by Broker, including listing the Property for sale, soliciting offers, showing the Property, marketing the Property, and negotiating the terms of the sale with buyer. Trustee requests that seller's Broker and buyer's broker, Jose Tapia with Century 21 Jordan-Link & Company-Porterville, receive the commission stated herein.

12.     The proposed sale is subject to higher and better bid. Trustee requests that the Court approve the overbid procedures in the accompanying Notice of Motion filed herewith.

<u>RELIEF REQUESTED</u>

WHEREFORE, Trustee prays for an order providing as follows:

a)     The Motion is granted;

b)     Trustee is authorized to execute all documents necessary to effectuate the sale of the Property;

c)     Trustee is authorized to pay all costs, commissions, real property taxes, and liens directly from escrow as set forth hereinabove; and

d)     For such other relief as this Honorable Court may deem just and proper.

Date:   January 5, 2026                    FEAR WADDELL, P.C.

                                    By:  /s/ Peter A. Sauer
                                         Peter A. Sauer, for the Trustee